IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 08-cv-00895-MSK-MJW

MARCIA HODSDON, and
CHARLES HODSDON,

      Plaintiffs,

v.

DONNA WILLETTE,

      Defendant.

## ORDER REMANDING CASE

THIS MATTER comes before the Court *sua sponte*.

The Plaintiffs commenced this action in the Boulder County District Court. They seek to recover damages for injuries sustained in a skiing collision. In the Notice of Removal, the Defendant asserts that this Court can exercise jurisdiction based upon diversity pursuant to 28 U.S.C.§ 1332.

In their Complaint, the Plaintiffs request $65,000 for medical expenses and lost wages, but do not specify any other particular monetary relief. The Defendant contends that the requisite amount in controversy is established by the Plaintiffs' election in the mandatory Colorado Civil Cover Sheet stating: "This party is seeking a monetary judgment for more than $100,000 against another party, including any attorney fees, penalties or punitive damages, but excluding interest and costs[.]"

In accordance with the analysis set forth in *Baker v. Sears Holding Corp.*, 2007 WL 2908434 (D.Colo. 2007) (slip op.) (copy attached hereto), there has been an insufficient showing

of the requisite amount in controversy to establish diversity jurisdiction. In addition, the Defendant is a citizen of Colorado and may not remove the action based upon diversity jurisdiction. 28 U.S.C. § 1441(b); *Lincoln Property Co. v. Roche,* 546 U.S. 81, 83-84 (2005). Accordingly, the action must be remanded to the State Court. *See* 28 U.S.C. § 1447(c).

**IT IS THEREFORE ORDERED** that this action is **REMANDED** to the Boulder County District Court.

Dated this 1st day of May, 2008

**BY THE COURT:**

_____

Marcia S. Krieger
United States District Judge